UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL                              CIVIL ACTION

VERSUS                                           NO. 10-3057

SHERIFF JACK STRAIN, JR.                         SECTION "N" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on October 15, 2010 (Rec. Doc. No. 11), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Andrew David Wetzel for issuance of a writ of habeas corpus under 28 U.S.C. § 2241, is hereby **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Wetzel's Motion for Stay (Rec. Doc. NO. 9) is DENIED as moot.

New Orleans, Louisiana, this  2nd  day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE